COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-13-00855-CV

Style:            Derwin Tatum v. Wells Fargo Home Mortgage, Inc. and Federal Home Loan Mortgage Corporation

Date motion filed:   November 19, 2013

Type of Motion:      Objection to Mediation

Party filing motion:   Appellee

It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated November 13, 2013.

Judge's signature:  /s/ Sherry Radack
                    x  Acting individually

Date:  February 10, 2014

* Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**: Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).